**MOBILE SHELTER SYSTEMS USA, INC., Plaintiff–Appellant,**

v.

**GRATE PALLET SOLUTIONS, LLC,** Jacksonville, Florida, Thomas R. Buck, Individually, Jacksonville, Florida, **Defendants–Appellees.**

No. 12–10829.

United States Court of Appeals, Eleventh Circuit.

Feb. 1, 2013.

Chessa L. Akins, James D. Rosenblatt, The Rosenblatt Law Firm, San Antonio, TX, Herbert L. Allen, Crystal T. Broughan, Allen Dyer Doppelt Milbrath & Gilchrist, PA, Jacksonville, FL, Brian R. Gilchrist, Allen Dyer Doppelt Milbrath & Gilchrist, PA, Orlando, FL, Kimberly S. Keller, Shane J. Stolarczyk, Keller Stolarcyzk, Boerne, TX, Francis P. Remsen, Law Offices Of Frank P. Remsen PA, Tavares, FL, for Plaintiff–Appellant.

William George Cooper, Tiffiny Douglas Safi, Catrina Humphrey Markwalter, Cooper Ridge & Safi, PA, Richard Stuart Vermut, Jacksonville, FL, Gerald Werfel, Pompan, Murray & Werfel, PLC, Alexandria, VA, for Defendants–Appellees.

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After thoroughly reviewing the briefs and record on appeal, and with the benefit of oral argument, we discern no reversible error in the district court's grant of summary judgment in favor of Grate Pallet Solutions, LLC. Mobile Shelter System USA, Inc.'s product features are functional; therefore, they do not receive trade-dress protection under section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). *See Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC,* 369 F.3d 1197, 1202 (11th Cir.2004) (holding that the features of a product's design must be primarily nonfunctional to receive trade-dress protection). The judgment of the district court is affirmed.

**AFFIRMED.**